In the Matter of the Application of JOSEPH HART for an Order of Mandamus Directed to FRANCES PERKINS, Industrial Commissioner, as Administrator of the State Insurance Fund.*— Order reversed on the law, with costs, and petition for peremptory mandamus order granted, without costs, on the ground that a clear legal right to the penalties is shown and no facts are brought to our attention

* Affd., 258 N. Y. 66.

permitting denial of the relief as a matter of discretion. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of JOSEPH HART for an Order of Mandamus Directed to FRANCES PERKINS, Industrial Commissioner, as Administrator of the State Insurance Fund.*— Order reversed on the law, with costs, and petition for peremptory mandamus order granted, without costs, on the ground that a clear legal right to the penalty is shown and no facts are brought to our attention permitting denial of the relief as a matter of discretion. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.